No. —— ——. HYDABURG COOPERATIVE ASSN. ET AL. *v.* UNITED STATES. Ct. Cl. Motion of petitioners for leave to proceed *in forma pauperis* granted.

No. A–968. ERNEST *v.* COHEN, UNITED STATES ATTORNEY FOR THE DISTRICT OF MAINE, ET AL. Application for injunction and/or writ of habeas corpus, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–988 (81–5848). GILBERT ET AL. *v.* SOUTH CAROLINA, *ante*, p. 984. Application to suspend the effect of the order denying certiorari, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application.

No. D–263. IN RE DISBARMENT OF KITCHEN. Disbarment entered. [For earlier order herein, see *ante*, p. 903.]

No. D–274. IN RE DISBARMENT OF KLEINDIENST. It is ordered that Richard G. Kleindienst, of Tucson, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 80, Orig. COLORADO *v.* NEW MEXICO ET AL. Motion of Kaiser Steel Corp. et al. for leave to file a brief as *amici curiae* granted. Exceptions of New Mexico to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g.*, 455 U. S. 932.]